1  BARRY E. HINKLE, Bar No. 071223
2  NICOLE M. PHILLIPS, Bar No. 203786
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, CA  94501-1091
   Telephone (510) 337-1001
5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CLIFFORD GREGORY ESCOBAR, Individually, CLIFFORD GREGORY ESCOBAR, Individually and doing business as ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION; CATHERINE JOY ESCOBAR, Individually, CATHERINE JOY ESCOBAR, Individually and doing business as ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION; and ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION<br><br>　　　　Defendants. | No.  C 08-02557 WHA<br><br>**NOTICE OF RELATED CASES** |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

NOTICE OF RELATED CASES

PLEASE TAKE NOTICE, that the undersigned has reason to believe that this case is related to another case in this Court, pursuant to Civil Local Rule 3-12 and, Plaintiffs file this Notice of Related Cases. Plaintiffs believe this case is related to a case pending before the Honorable Claudia Wilken.

1. Related Case:

*The Board Of Trustees, in their capacities as Trustees of the Laborers Health And Welfare Trust Fund For Northern California; Laborers Vacation-Holiday Trust Fund For Northern California; Laborers Pension Trust Fund For Northern California; And Laborers Training And Retraining Trust Fund For Northern California v. Clifford Gregory Escobar, Individually; Clifford Gregory Escobar, Individually and doing business as Escobar & Escobar Concrete Construction; Catherine Joy Escobar, Individually; Catherine Joy Escobar, Individually and doing business as Escobar & Escobar Concrete Construction; and Escobar & Escobar Concrete Construction*, Case No. C 08-02557 WHA.

2. Relationship of the Actions:

These actions are related as defined by Civil Local Rule 3-12(b) in that they involve the same Defendants and same questions of law. Also the Plaintiff Trust Funds in both actions are administered by the same Third Party Administrator.

Both actions concern the Defendants failure to comply with its collective bargaining agreement and the Trust Agreements establishing the Plaintiff Trust Funds in both cases, which require the Defendant in both cases to timely submit its contribution reports and fringe benefit contributions to the Plaintiff Trust Funds. Both cases are brought pursuant to the Employee Retirement Income Security Act (hereinafter "ERISA"), 29 U.S.C. § 1001, et seq. and the Labor Management Relations Act (hereinafter "LMRA"), 29 U.S.C. § 185.

3. Assignment of the Actions:

Plaintiffs believe that the assignment of this action to the Honorable Claudia Wilken will conserve judicial resources and promote an efficient determination of the actions.

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

1   For the reasons stated above, Plaintiffs respectfully request that a related case Order be
2   entered respecting this new case listed above.

4   Dated:  May 28, 2008

            WEINBERG, ROGER & ROSENFELD
            A Professional Corporation

            By:   ___/s/_____
                  NICOLE M. PHILLIPS
                  Attorneys for Plaintiffs

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

- 3 -
NOTICE OF RELATED CASES

**Proof of Service**

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On May 28, 2008, I served upon the following parties in this action:

ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION
**23 Quail Run Circle**
**Salinas, CA  93907**

copies of the document(s) described as:

**Notice of Related Cases**

[X]   **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]   **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ]   **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ]   **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

- 4 -
NOTICE OF RELATED CASES

1 | I certify that the above is true and correct. Executed at Alameda, California, on May 28, 2008.

                                        /s/
                                   Laureen D. Arnold

118850/494829

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 5 -
NOTICE OF RELATED CASES