| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA  94501-1023 | (510) 337-1001 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034688-02 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,
,

SHORT NAME OF CASE
THE BOARD OF TRUSTEES vs. ESCOBAR

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 2557 WHA |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons & Complaint; ECF Registration Information Handout; Order Setting Initial Case Management Conference; Civil Case Cover Sheet; Welcome to the U.S. District Court, San Francisco; Notice Of Availablility Of Magistrate Judge To Exercise Jurisdiction; Supplemental Order

Name: CLIFFORD GREGORY ESCOBER, INDIVIDUALLY AND DOING
        BUSINESS AS ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION

Date of Delivery: June 2, 2008    HDATE:
Time of Delivery: 03:55 pm

Place of Service: 28 G QUAIL RUN CIRCLE
                  SALINAS, CA 93907                        (Business)

Manner of Service:    **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service:    $ 29.75

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: . . . . MONTEREY . . . . . County,
    Number: . . . . . . . . 112 . . . . . . . . .
    Expiration Date:
        RAPID SERVE
        210 Fell Street, # 19
        San Francisco, CA 94102
        (415) 882-2266
        302/00034688-02

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: . . . . . . . . . June 13, 2008 . . . . . . . . ,
at: . . . . . . . . . San Francisco . . . . , California.

Signature: _____

Name: NORA WUSTRACK
Title: (i) Independent contractor