| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA  94501-1023 | (510) 337-1001 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034688-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

SHORT NAME OF CASE
THE BOARD OF TRUSTEES vs. ESCOBAR

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 2557 WHA |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons & Complaint; ECF Registration Information Handout; Order Setting Initial Case Management Conference; Civil Case Cover Sheet; Welcome to the U.S. District Court, San Francisco; Notice Of Availablility Of Magistrate Judge To Exercise Jurisdiction; Supplemental Order

Name: CLIFFORD GREGORY ESCOBAR, INDIVIDUALLY

Date of Delivery: June 2, 2008    HDATE:
Time of Delivery: 03:55 pm

Place of Service: 28 G QUAIL RUN CIRCLE
SALINAS, CA 93907                                    (Business)

Manner of Service:   **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service:   $ 69.50

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: . . . . MONTEREY . . . . County,
    Number: . . . . 112
    Expiration Date:
    RAPID SERVE
    210 Fell Street, # 19
    San Francisco, CA 94102
    (415) 882-2266
    302/00034688-01

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: . . . . . . . . . June 13, 2008 . . . . . . . .,
at: . . . . . . . . . San Francisco . . . ., California.

Signature: _____
Name: NORA WUSTRACK
Title: (i) Independent contractor