1  ROBERT K. CARROL, State Bar No. 81277
   rcarrol@nixonpeabody.com
2  JOSHUA M. HENDERSON, State Bar No. 197435
   jhenderson@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
4  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
5  Fax:  (415) 984-8300

6  Attorneys for Defendants
   CLIFFORD GREGORY ESCOBAR,
7  CATHERINE JOY ESCOBAR, and
   ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; and CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>CLIFFORD GREGORY ESCOBAR, individually, CLIFFORD GREGORY ESCOBAR, individually and doing business as. ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION; CATHERINE JOY ESCOBAR, individually, CATHERINE JOY ESCOBAR, individually and doing business as ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION; and ESCOBAR & ESCOBAR CONCRETE CONSTRUCTION,<br><br>Defendants. | Case No. 08-cv-02557 CW<br><br>Related Case:<br><br>Case No. 08-cv-02535-CW<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**Local Rule 3-16** |

**CERTIFICATION OF INTERESTED PARTIES**
**CASE NO. 08-CV-2557 CW**

11125086.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that pursuant to L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Clifford Gregory Escobar
2. Catherine Joy Escobar
3. Escobar & Escobar Concrete Construction

DATED:   8/22/08

Respectfully submitted,

NIXON PEABODY LLP

By:   */s/ Joshua M. Henderson*
ROBERT K. CARROL
rcarrol@nixonpeabody.com
JOSHUA M. HENDERSON
jhenderson@nixonpeabody.com
Attorneys for Defendants
CLIFFORD GREGORY ESCOBAR,
CATHERINE JOY ESCOBAR, and
ESCOBAR & ESCOBAR CONCRETE
CONSTRUCTION

-2-