United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, etc. | No. 08-02535 CW |
|     Plaintiff, | |
|   v. | |
| CLIFFORD G. ESCOBAR, et al., | |
|     Defendants. | |
| _____ | |
| THE BOARD OF TRUSTEES, etc. | No. 08-02557 CW |
|     Plaintiff, | |
|   v. | ORDER FOR CONSOLIDATION |
| CLIFFORD G. ESCOBAR, et al., | |
|     Defendants. | |
| _____/ | |

The action numbers listed above are related cases within the meaning of Civil L.R. 3-12. Pursuant to Fed. R. Civ. P. 42(a), these cases are hereby consolidated into Civil Action No. C-08-2535 CW, <u>The Board of Trustees, etc., v. Escobar, et al.</u>, for all further proceedings before this Court. **All further documents shall be filed in C-08-2535 CW.**

There appears to be no further reason at this time to maintain C-08-2557 CW, <u>Board of Trustees in the Capacity as Trustees v. Escobar, et al.</u>, as an open case for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    Nothing contained in this Order shall be considered a dismissal or disposition of C-08-2557 CW, and, should further proceedings in that litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

    IT IS SO ORDERED.

Dated:    9/2/08

_____
CLAUDIA WILKEN
United States District Judge

2